UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JAMES ROBINSON,

                          Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,

                        Defendants.

------------------------------------------------------------ x

**COURTESY COPY**

NOTICE OF MOTION TO DISMISS

07 Civ. 5888 (HB)

RECEIVED
FEB 01 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law in support of their motion to dismiss dated January 29, 2008, the Declaration of David A. Rosinus Jr., dated January 29, 2008, the New York City Department of Correction, Department of Correction Commissioner Martin Horn, Warden Michael Hourihane, and Warden Sandra Langston, by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, will move this Court, before the Honorable Harold Baer at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on February 14, 2008, for an order granting defendant's motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure on the grounds that plaintiff has failed to prosecute this action, and for such other and further relief as the Court may deem just and proper.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

[Handwritten: Motion granted and dismissed. Last dismissed. Instructed to remind the Clerk of the docket & close the matter from my docket.]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
2/28/08

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served on the undersigned within ten (10) business days after service of these moving papers and that replies, if any, must be served within five (5) business days after service of answering papers.

Dated:   New York, New York
         January 29, 2008

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                             City of New York
                            Attorney for Defendant
                            100 Church Street, Room 2-113
                            New York, New York 10007
                            (212) 788-0923

                    By: _____
                            Martha A. Calhoun (MC 5009)
                            Assistant Corporation Counsel

TO:   James Robinson
      Plaintiff *Pro Se*
      152 Tapscott Street
      Brooklyn, New York 11212

2

Endorsement:

    Motion granted case dismissed - the Clerk is instructed to remove the matter from my docket and close the case.